**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|   |   |
|---|---|
| In re: : | |
| : | Case No. 08-01420 (JMP) SIPA |
| LEHMAN BROTHERS INC., : | Rel. Docket Nos. 3270 and 3532 |
| : | |
| *Debtor.* : | |
| : | |

**NOTICE OF MOTION OF MOORE CAPITAL MANAGEMENT, L.P. FOR WITHDRAWAL OF THE REFERENCE TO THE BANKRUPTCY COURT**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 157(d), Rule 5011 of the Federal Rules of Bankruptcy Procedure, and Rule 5011-1 of the Local Rules of the Bankruptcy Court, and upon the Declaration of Lauren Teigland-Hunt, the attached exhibits, and the accompanying Memorandum of Law, Moore Capital Management, LP, on behalf of Moore Global Investments, L.P. by and through their undersigned attorneys, hereby move to withdraw the reference of this contested matter to the United States District Court for the Southern District of New York. The Moving Party has made no previous request for the relief requested by this motion.

Dated:  New York, New York
          January 28, 2014

                                        **SCHLAM STONE & DOLAN LLP**

                                        By: __/s/_____
                                             Richard H. Dolan
                                             Jeffrey M. Eilender
                                             Erik S. Groothuis
                                             26 Broadway
                                             New York, NY 10004
                                             Tel.:  (212) 344-5400
                                             Fax:  (212) 344-7677
                                             E-mail: rhd@schlamstone.com
                                             *Attorneys for Moore Capital Management, L.P., on behalf of Moore Global Investments, L.P.*