UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
                                            **ORDER**
In re LEHMAN BROTHERS INC.,         :
                                            **14 Cv. 535 (SAS)(MHD)**
                                    :
------------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

                                                        5/22/14

   It is hereby **ORDERED** that the settlement conference scheduled in the above-captioned action for May 28, 2014 has been adjourned sine die.


**Dated: New York, New York**
       **May 22, 2014**

                          SO ORDERED.


                          _____
                          **MICHAEL H. DOLINGER**
                          **UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been sent today by fax to:

Jeffrey M. Eilender, Esq.
Erik Scott Groothuis, Esq.
Richard Henry Dolan, Esq.
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Fax: (212)344-7677

Anson Barrett Frelinghuysen, Esq.
James Benedict Kobak, Jr, Esq.
Jeffrey Steven Margolin, Esq.
Marlena Frantzides, Esq.
Michael Elliot Salzman, Esq.
Hughes Hubbard & Reed LLP (NY)
One Battery Park Plaza
New York, NY 10004
Fax: (212) 299-6208
     (212) 422-4726
     (212) 299-6422