HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
(212) 837-6000

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS INC.,<br><br>　　　　　　　　　　　　　　Debtor.<br><br>MOORE CAPITAL MANAGEMENT, LP, on behalf of MOORE GLOBAL INVESTMENTS, L.P.<br><br>　　　　　　　　　　　　　　Claimant,<br><br>- against -<br><br>JAMES W. GIDDENS, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.,<br><br>　　　　　　　　　　　　　　Debtor. | Case No. 14-cv-00535-SAS<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT** |

　　　　　　PLEASE TAKE NOTICE that upon the accompanying memorandum of law, the declaration of Marlena C. Frantzides dated December 1, 2014 and the exhibits thereto, the declaration of Kleber Rodriguez dated December 1, 2014 and the exhibits thereto, and upon all the papers and proceedings held herein, James W. Giddens, as trustee (the "Trustee") for the SIPA Liquidation of Lehman Brothers Inc. hereby moves for an Order pursuant to Fed. R. Civ. P. 56 granting summary judgment to the Trustee on the grounds that the Claimant has failed to raise issues of material fact warranting trial, confirming the Trustee's determinations that

65070799_1

Claimant's claims related to foreign currency forwards are not customer claims, dismissing Claimant's objections to those determinations, and for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       December 1, 2014

                                              HUGHES HUBBARD & REED LLP

                                              By:  /s/ *Michael E. Salzman*
                                                   Michael E. Salzman
                                                   Anson B. Frelinghuysen
                                                   Marlena C. Frantzides

                                            One Battery Park Plaza
                                            New York, New York 10004
                                            (212) 837-6000

                                            Attorneys for James W. Giddens, as trustee for
                                            the SIPA Liquidation of Lehman Brothers Inc.

To:    SCHLAM STONE & DOLAN LLP
        26 Broadway
        New York, New York 10004

        TEIGLAND-HUNT LLP
        127 W 24th Street #4
        New York, New York 10011

        *Attorneys for Claimant*

65070799_1